**UNITED STATES DISTRICT COURT**  **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 20-11154-JFW(SKx)**                                                Date: January 27, 2021

Title:       Aaron Echols, Sr. *-v-* CMRE Financial Services, Inc.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER REMANDING ACTON TO LOS ANGELES COUNTY SUPERIOR COURT**

    In light of Plaintiff's representation in the Joint Report filed January 25, 2021 (Docket No. 12) that his small claims complaint is based on California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.1(a) and not the Fair Credit Reporting Act, this action is **REMANDED** to Los Angeles County Superior Court.

    IT IS SO ORDERED.